1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   ERIN GETTEL
3  Assistant Federal Public Defender
   Nevada State Bar No. 13877
4  411 E. Bonneville
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Erin_gettel@fd.org

7  Attorney for Kevin Michael Milne

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-178-APG-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| KEVIN MICHAEL MILNE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Erin Gettel, Assistant Federal Public Defender, counsel for Kevin Michael Milne, that the sentencing hearing currently scheduled for March 7, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense needs additional time to prepare for sentencing.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first request to continue sentencing filed herein.

DATED this 15th day of February, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>ERIN GETTEL<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-178-APG-GWF |
| Plaintiff, | ORDER |
| v. | |
| KEVIN MICHAEL MILNE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, March 7, 2019 at 3:30 p.m., be vacated and continued to May 9, 2019 at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 15th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE

3