Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

Attorney for Kevin Milne

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:17-cr-00178-APG-GWF |
| Plaintiff, | **Stipulation to Continue Motion Hearing**<br>(First Request) |
| v. | |
| Kevin Milne, | |
| Defendant. | |

The parties jointly request that this Court vacate the motion hearing currently scheduled for May 31, 2019, at 9:30 a.m., and continue it to June 4, 2019.

The parties enter into this stipulation because:

1. Defense counsel will be out of the district from May 24–June 2, 2019.

2. Government counsel is unavailable on June 3rd.

3. The parties agree to the continuance.

This is the first request for a continuance of the motion hearing.

DATED: May 24, 2019

| Rene L. Valladares<br>Federal Public Defender | Nicholas Trutanich<br>United States Attorney |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>Christopher Burton<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>    v.<br><br>Kevin Milne,<br><br>       Defendant. | Case No. 2:17-cr-00178-APG-GWF<br><br>**Order Granting First Stipulation to Continue Motion Hearing** |

    Good cause appearing, IT IS HEREBY ORDERED that the motion hearing scheduled for May 31, 2019, is vacated and continued to June 4, 2019 at the hour of 9:30 a.m. in Courtroom 3D.

    DATED this 24th of May, 2019.

*George Foley Jr.* (signature)

George Foley, Jr.
United States Magistrate Judge