# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No.: 2:17-cr-0178-APG-GWF |
| --- | --- |
| Plaintiff | **Order Quashing Arrest Warrant** |
| v. | [ECF No. 60] |
| Kevin Michael Milne, | |
| Defendant | |

The Government moves to quash the bench warrant I previously entered because the defendant apparently has passed away.

IT IS HEREBY ORDERED that the Government's motion **(ECF No. 60) is granted**. The Arrest Warrant I signed on June 11, 2019 **(ECF No. 59) is quashed**.

DATED this 9th day of July, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE