# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN MICHAEL MILNE,<br><br>Defendant. | Case No.: 2:17-cr-00178-APG-EJY<br><br>**ORDER DISMISSING CASE**<br><br>[ECF No. 60] |

The Government's motion to dismiss the indictment in this case due to the defendant's death **(ECF No. 64) is GRANTED**. The Indictment is dismissed and the clerk of court is directed to close the case.

Dated: October 11, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE